Ann M. Cerney, SBN:    068748

CERNEY KREUZE & LOTT, LLP

42 N. Sutter Street, Suite 400

Stockton, CA 95202

(209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ANTOINETTE ROOTS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　　　Defendant. | No.  2:13-CV-01247-AC<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of January 27, 2014, by thirty days, to the new response date of February 26, 2014.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

1

| | |
|---|---|
| DATED: January 29, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX |
| */s/ Ann M. Cerney*<br>ANN M. CERNEY,<br>Attorney for Plaintiff | ANNABELLE J. YANG,<br>(As authorized via E-mail on          )<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

1 | Ann M. Cerney, SBN: 068748
2 | CERNEY KREUZE & LOTT, LLP
3 | 42 North Sutter Street, Suite 400
4 | Stockton, California 95202
5 | Telephone: (209) 948-9384
6 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ANTOINETTE ROOTS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>Defendant. | No. 2:13-CV-01247-AC<br><br>[~~proposed~~] **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a first requested extension of Plaintiff's time to file a Reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Reply to Defendant's Cross-Motion For Summary Judgment on or before February 26, 2014.

IT IS SO ORDERED.

DATED: February 3, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3